**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:<br><br>**Jordan Lee Jeffrey Freitag**<br><br>**DEBTOR** | **CASE NO. 22-42017**<br><br>**CHAPTER 7** |

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 9010(b) and 2002(I) and Local Rule 2002-5, the undersigned hereby notes his/her appearance as attorney for Leading Edge Credit Union formally known as Fulda Area Credit Union, a creditor in the above case, and requests all parties in interest to serve copies of notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address and telephone number set forth below.

> LOGS LEGAL GROUP LLP
> 1715 Yankee Doodle Road, Suite 210
> Eagan, MN 55121
> (952) 831-4060

Dated: _December 16, 2022

> RESPECTFULLY SUBMITTED,
> LOGS LEGAL GROUP LLP
>
> */s/ Melissa LB Porter*
> Melissa L.B. Porter 0337778
> Tracy Halliday 034610X
> logsecf@logs.com